1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

*Massie v. Hall,* et al.,

**EXHIBIT A**

**to the Complaint**

**Video of August 20, 2024, meeting of the
City Council of the City of Surprise, available at
https://surpriseaz.portal.civicclerk.com/event/4076/media**

**(Non-electronic exhibit;** *see* **contemporaneous
Motion for Leave to File Non-Electronic Exhibit Re: Complaint)**