*Massie v. Hall,* et al.,

**EXHIBIT B**

**to the Complaint**

 **Council Meeting Public Comment Form**          Surprise Forms Center

# Council Meeting Public Comment Form

Individuals wishing to address the City Council on specific items, during public hearings or at the Call-to-the-Public segment of the City Council Meeting should fill out this form completely. Upon submission, your request will be sent to the City Clerk's Office.

### Note
The City Clerk must receive this form at least 1 hour prior to the meeting start time in order for your request to be processed. **Ensure you review the Public Meeting and Public Hearing Rules prior to your arrival.**

### Special Message from Mayor & City Council
The City of Suprise values the comments and input from residents. Under the provisions of the Arizona Open Meeting Law, with the exception of responding to criticism, the Mayor & City Council are prohibited from responding to or taking action on matters that have been raised during Call to the Public and, therefore, not properly noticed. The Mayor & City Council may only listen to citizens who wish to address them on non-agenda items. The Mayor & City Council cannot respond beyond thanking you for your comments and directing city staff to take appropriate action when necessary.

First Name*

Last Name*

Phone Number*

Email

Address 1*

Address 2

City*

State*

Zip*

Date of Council Meeting*

I would like to address the City Council during*

○ Agenda Item

○ the Call to the Public

○ a Non-Agenda Item

Do you have written materials that you would like distributed to City Council? You may attach your materials using the Associated Materials form field.

### Note
You do not have to submit materials at this time. However, any written materials to be distributed to the City Council must be submitted to the City Clerk prior to the calling of the issue by

the Mayor. If written notes are used during your address, please provide a copy to the City Clerk.

Associated Materials



## Public Meetings & Public Hearings Rules

Individuals wishing to address the City Council on an item during public hearings or at the Call-to-the-Public segment of the City Council Meeting shall abide by the following rules:

1. Presence in the Council Dais Area: During a Council meeting, members of the public are permitted within the area in front of the Council dais only at the invitation or consent of the chair for purposes of making presentations and providing information to Council.
2. Addressing Council:
    a. Any member of the public desiring to address the Council may not proceed to the lectern until after being recognized by the Chair.
    b. At the lectern, the member of the public should clearly state their name and approximate cross streets for the record.
    c. Statements shall be limited to matters within the subject matter jurisdiction of the City Council/City of Surprise and to three (3) minutes per item to allow the meeting to proceed and end in a timely manner. The time limit may be extended at the option of the Chair.
    d. If several speakers desire to speak regarding a single topic, the Chair can limit the number of speakers or limit the time given to each group; however, an equal amount of time will be given to each side of an issue.
    e. Oral communications during the City Council meeting may not be used to lodge charges or complaints against any employee of the City or members of the body, regardless of whether such person is identified in the presentation by name or by any other reference that tends to identify him/her. Any such charges or complaints should be submitted during normal business hours to the City Manager for appropriate action.
3. No loud vocalization (shouting or calling out) that cause an actual disruption will be permitted from the seating area of the Council Chamber. Attendees who violate this rule will be given a warning. An attendee who commits a second violation at the same meeting may be asked to leave the Council Chamber and view the remainder of the meeting remotely in the atrium.
4. Pursuant to A.R.S 38-431.01(H), at the conclusion of an open call to the public, individual councilmembers may, in their sole discretion, respond to criticism made by those who have addressed the public body or ask staff to follow-up or review the matter raised.
5. A civil decorum will be expected of all speakers. Behavior that is disruptive and prevents the City Council from accomplishing its business in a reasonably efficient and timely manner or interferes with conducting an orderly meeting or other speakers' rights is prohibited. Prohibited disruptive behavior includes, but is not limited to, threats, profanity, words likely to provoke immediate combat or speech that exceeds pre-set time limits, is unduly repetitive, or extends discussion by irrelevancies. Speakers engaged in disruptive behavior may forfeit their speaking time, or be removed from City Council chambers by direction of the Chair.

Citizens wishing to express personal views about individuals or groups of individuals may do so in writing.

Submit written statements to the attention of:

City Manager and/or the Mayor
Surprise City Hall
16000 N Civic Center Plaza
Surprise, AZ 85374

[ ] I'm not a robot — reCAPTCHA (Privacy - Terms)

Cancel    Submit