*Massie v. Hall,* **et al.,**

**EXHIBIT E**

**to the Complaint**

