IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rebekah Massie, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Surprise, City of, et al., <br><br> Defendants. | CASE NO: <br> CV–24–02276–PHX–ROS (DMF) <br><br> **NOTICE OF ASSIGNMENT** |

On September 3, 2024, Plaintiff filed a Complaint which has been assigned the case number listed above. This case has been assigned to District Court Judge Roslyn O Silver and has been referred to Magistrate Judge Deborah M Fine (PS) and the Court's Legal Staff. When any action is taken in this case, you will be notified by Court order.

DATED this 3rd day of September, 2024.

*s/Debra D. Lucas*

Debra D. Lucas
District Court Executive & Clerk of Court

cc: Plaintiff