**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Rebekah Massie; and Quintus Schulzke,<br><br>*Plaintiffs*,<br><br>v.<br><br>City of Surprise, et al.,<br><br>*Defendants*. | Case Number: 2:24-cv-02276-ROS--DMF<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF SCHULZKE'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Hon. Roslyn O. Silver |

Plaintiff Quintus Schulzke moved to enjoin Defendant City of Surprise from enforcing a policy of the City Council of the City of Surprise prohibiting members of the public from "lodging charges or complaints against any employee of the City or members of the body" during the open comment periods of City Council meetings.

Having considered the parties' pleadings, evidence, arguments of counsel, and the record in this case, the Court finds that Schulzke has demonstrated a strong likelihood of success on the merits of his claims that Surprise's policy violates the First and Fourteenth Amendments; that, absent a preliminary injunction, he faces immediate, irreparable injury from the City of Surprise's maintenance of the policy; and that the balance of the equities and the public interest favor preliminary injunctive relief.

Therefore, the Court hereby **GRANTS** the motion and **ORDERS** the following:

1. It is hereby **ORDERED** that Plaintiff Schulzke's Motion for a Preliminary Injunction is **GRANTED**;

2. The City of Surprise, its officers, agents, servants, employees, and all persons in active concert or participation with it are **ENJOINED** from enforcing the rule or policy described in the Complaint and the Motion for a Preliminary Injunction;

3. No person who has notice of this injunction shall fail to comply with it, nor shall any person subvert the injunction by sham, indirection, subterfuge, or other artifice;

4. Under Federal Rule of Civil Procedure 65(c), the Court finds that a bond is unnecessary and that requiring a bond would not be in the public interest under the circumstances of this litigation;

5. This injunction shall go into effect immediately and shall remain in effect pending further Order from this Court.

**IT IS SO ORDERED**.