Daniel J. Quigley
(State Bar No. 011052)
DANIEL J. QUIGLEY, PLC
5425 E. Broadway Blvd., Ste. 352
Tucson, Arizona 85711
(520) 867-4430
quigley@djqplc.com

*Attorney for Plaintiffs Massie and Schulzke*

*Additional counsel on signature block*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA**

| Rebekah Massie; and Quintus Schulzke, | No: 2:24-cv-02276-ROS--DMF |
|---|---|
| *Plaintiffs*, v. | **PLAINTIFFS' MOTION FOR LEAVE TO FILE NON-ELECTRONIC EXHIBIT RE: COMPLAINT** |
| City of Surprise, et al., | |
| *Defendants*. | |

Pursuant to District of Arizona Electronic Case Filing Administrative Policies and Procedures Manual Section II(N)(2), Plaintiffs Rebekah Massie and Quintus Schulzke request leave to file a video exhibit to the Complaint.

Proposed Exhibit A to the Complaint is a video of the August 20, 2024, meeting of the City Council of Defendant City of Surprise.

LRCiv.7.1(c) states that all documents submitted for filing in the ECF system shall be in a Portable Document Format (PDF). However, District of Arizona Electronic Case Filing Administrative Policies and Procedures Manual Section II(N)(2) recognizes that some files, like "videotapes," are "not convertible to electronic form" for purposes of an

ECF filing and sets out an alternate filing procedure. Should leave be granted, Plaintiffs will follow that procedure.

Because Exhibit A to Plaintiffs' Complaint is a video file not capable of being submitted through the ECF portal, Plaintiffs respectfully request leave to file the exhibit in accordance with the procedures set out by Section II(N)(2) of the ECF Manual.

Dated: September 4, 2024          Respectfully submitted,

/s/ Daniel J. Quigley
Daniel J. Quigley
(State Bar No. 011052)
**DANIEL J. QUIGLEY, PLC**
5425 E. Broadway Blvd., Ste. 352
Tucson, Arizona 85711
(520) 867-4430
quigley@djqplc.com

Conor T. Fitzpatrick*
(Mich. P78981 / D.C. 90015616)
**FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION**
700 Pennsylvania Ave. SE, Ste. 340
Washington, D.C. 20003
(215) 717-3473
conor.fitzpatrick@thefire.org

Adam B. Steinbaugh*
(Penn. 326475 / Cal. 304829)
**FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION**
510 Walnut Street, Ste. 900
Philadelphia, PA 19106
(215) 717-3473
adam@thefire.org

*Counsel for Plaintiffs*

\* *Pro hac vice* application forthcoming.

**CERTIFICATE OF SERVICE**

I certify that a true and exact copy of the foregoing document has been served upon the counsel for the parties in interest by operation of the Court's electronic case filing system, that a true and exact copy of the document will be served upon the parties with the Summons and/or Rule 4 waiver.

/s/ Daniel J. Quigley
Daniel J. Quigley