**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Rebekah Massie; and Quintus Schulzke,<br><br>*Plaintiffs*,<br><br>v.<br><br>City of Surprise, et al.,<br><br>*Defendants*. | No: 2:24-cv-02276-ROS--DMF<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE NON-ELECTRONIC EXHIBIT RE: COMPLAINT** |

Plaintiffs Rebekah Massie and Quintus Schulzke moved under District of Arizona Electronic Case Filing Administrative Policies and Procedures Manual Section II(N)(2) for leave to file as Exhibit A to their Complaint, a video of the August 20, 2024, meeting of the City Council of the City of Surprise, in accordance with the procedures set by the Manual for the submission of non-PDF exhibits.

The Court hereby **GRANTS** the motion and **ORDERS** the following:

1. Within five business days, Plaintiffs are **DIRECTED** to provide to the Clerk of Court a USB drive containing the proposed exhibit;

2.     Within ten business days of a party's first appearance in this action, Plaintiffs are **DIRECTED** to mail a USB drive containing the proposed Exhibit A to the party.

**IT IS SO ORDERED**.