MH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rebekah Massie and Quintus Schulzke,<br><br>Plaintiffs,<br><br>v.<br><br>City of Suprise, et al.,<br><br>Defendants. | No.   CV-24-02276-PHX-ROS (DMF)<br><br><br>**ORDER** |

Plaintiffs Rebekah Massie and Quintus Schulzke have filed, through counsel, a civil rights Complaint pursuant to 42 U.S.C. § 1983. Plaintiffs have paid the filing and administrative fees. The Court will order Defendants to answer the Complaint.

**IT IS ORDERED:**

(1) Plaintiffs must either serve each Defendant or seek a waiver of service for each Defendant.

(2) If Plaintiffs do not either obtain a waiver of service of the summons or complete service of the Summons and Complaint on a Defendant within 90 days of the filing of the Complaint or within 60 days of the filing of this Order, whichever is later, the action may be dismissed as to each Defendant not served. Fed. R. Civ. P. 4(m).

(3) Defendants must answer the Complaint or otherwise respond by appropriate motion within the time provided by the applicable provisions of Rule 12(a) of the Federal Rules of Civil Procedure.

. . . .

TERMPSREF

(4) Any answer or response must state the specific Defendant by name on whose behalf it is filed. The Court may strike any answer, response, or other motion or paper that does not identify the specific Defendant by name on whose behalf it is filed.

(5) This matter is referred to Magistrate Judge Deborah M. Fine pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for all pretrial proceedings as authorized under 28 U.S.C. § 636(b)(1).

(6) This matter is **assigned to the standard track** pursuant to Rule 16.2(b)(3) of the Local Rules of Civil Procedure.

(7) If properly completed, the Clerk of Court must issue the proposed Summonses filed at Docs 2-1 and 2-2.

Dated this 4th day of September, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge

TERMPSREF