## DECLARATION OF SERVICE

| Case:<br>2:24-cv-02276-ROS--DM | Court:<br>United State District Court District of Arizona | County: | Job:<br>11735749 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Rebekah Massie; and Quintus Schulzke | | **Defendant / Respondent:**<br>City of Surprise; Skip Hall; and Steven Shernicoff | |
| **Received by:**<br>Copper State Process Service | | **For:**<br>Fortz Legal | |
| **To be served upon:**<br>City of Surprise, Kristi Passarelli, City Clerk | | | |

I, Matthew Hawk, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| **Recipient Name / Address:** | Kristi Passarelli, City Clerk, 16000 North Civic Center Plaza, Surprise, AZ 85374 |
| **Manner of Service:** | Government Agency, Sep 5, 2024, 5:12 pm MST |
| **Documents:** | Civil Cover Sheet, Complaint for Civil-Rights Violations (Jury Trial Demanded), Summons in a Civil Action, Civil Cover Sheet, Plaintiff Schulzke's Motion for a Preliminary Injunction on Claims 1-3 and Memorandum of Law, Plaintiff's Motion for Leave to File Non-Electronic Exhibit Re: Complaint, Link to Video from Surprisem City Counsel Metting (Received Sep 4, 2024 at 12:00am MST) |

**Additional Comments:**
1) Successful Attempt: Sep 4, 2024, 2:57 pm MST at 16000 North Civic Center Plaza, Surprise, AZ 85374 received by Charles Vasquez. Ethnicity: Hispanic; Gender: Male; Weight: 220; Height: 5'9"; Hair: Black; Other: Deputy City Clerk;
Served Deputy Clerk Charles Vasquez. Kristi Passarelli was unavailable in a meeting.

2) Successful Attempt: Sep 5, 2024, 5:12 pm MST at 16000 North Civic Center Plaza, Surprise, AZ 85374 received by Kristi Passarelli, City Clerk. Age: 50; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'6"; Hair: Brown;
Served City Clerk, Kristi Passarelli, on behalf of the City of Surprise. She received updated documents, including the updated summons.

_[signature: Matthew Hawk]_  09/05/2024

Matthew Hawk                                                    Date
MC-8965

Copper State Process Service
17119 West Tara Lane
Surprise, AZ 85388
6023269231