**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Rebekah Massie; and Quintus Schulzke, <br><br>  Plaintiffs, <br><br> vs. <br><br> City of Surprise, a municipal corporation and a governmental entity; Skip Hall, in his individual capacity; and Steven Shernicoff, in his individual capacity, <br><br> Defendants. | Case No.: 2:24-cv-02276-ROS--DMF <br><br> **[PROPOSED] ORDER** |

Pursuant to Defendant City of Surprise's unopposed motion to extend the time for its response to Plaintiff Schulzke's Motion for a Preliminary Injunction on Claims 1 – 3 and Memorandum of Law (Doc. 6), and for good cause appearing,

IT IS HEREBY ORDERED, said Motion is GRANTED allowing Defendant City of Surprise up to and until September 26, 2024 to respond to Plaintiff Schulzke's Motion for a Preliminary Injunction on Claims 1 – 3 and Memorandum of Law (Doc. 6).

DATED this _____ day of September, 2024.

_____