# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rebekah Massie, et al., | No. CV-24-2276-PHX-ROS (DMF) |
| Plaintiffs, | |
| v. | **ORDER** |
| City of Surprise, et al., | |
| Defendants. | |

This matter is before the Court on Defendant City of Surprise's Unopposed Motion to Extend Time to Respond to Plaintiff's Schulzke's Motion for a Preliminary Injunction on Claims 1-3 and Memorandum of Law (Doc. 14), and upon good cause shown,

**IT IS ORDERED** granting Defendant City of Surprise's Unopposed Motion to Extend Time to Respond to Plaintiff's Schulzke's Motion for a Preliminary Injunction on Claims 1-3 and Memorandum of Law (Doc. 14).

**IT IS FURTHER ORDERED** that Defendant City of Surprise shall up to and until **September 26, 2024**, to respond to Plaintiff Schulzke's Motion for a Preliminary Injunction on Claims 1- 3 and Memorandum of Law.

Dated this 19th day of September, 2024.

_____
Honorable Deborah M. Fine
United States Magistrate Judge