# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Rebekah Massie; and Quintus Schulzke,<br><br>*Plaintiffs*,<br><br>v.<br><br>City of Surprise, et al.,<br><br>*Defendants*. | Case No: 2:24-cv-02276-ROS-DMF<br><br>**[PROPOSED] ORDER ON STIPULATION REGARDING PLAINTIFF SCHULZKE'S MOTION FOR PRELIMINARY INJUNCTION** |

Plaintiff Quintus Schulzke and Defendant City of Surprise have entered into a Stipulation regarding Plaintiff Schulzke's Motion for Preliminary Injunction [Doc. 6] (the "Motion."). The Motion seeks a preliminary injunction against the City of Surprise's Policy identified in the stipulation. Based on the parties' stipulation and all representations made therein,

**IT IS ORDERED** as follows:

1. Plaintiff Schulzke's Motion for Preliminary Injunction (Doc. 6) is deemed withdrawn as moot, without prejudice.

2. This Order does not affect any claims or defenses associated with the pending Complaint.

—1—

**IT IS SO ORDERED**.