**JELLISON LAW OFFICES, PLLC**
18801 North Thompson Peak Parkway
Suite D235
Scottsdale, AZ 85255
Telephone: (480) 659-4233
E-mail: jim@jellisonlaw.com
JAMES M. JELLISON, ESQ. #012763
*Attorneys for Defendants City of Surprise, Skip Hall and Steven Shernicoff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Rebekah Massie; and Quintus Schulzke, <br><br> Plaintiffs, <br><br> vs. <br><br> City of Surprise, a municipal corporation and a governmental entity; Skip Hall, in his individual capacity; and Steven Shernicoff, in his individual capacity, <br><br> Defendants. | Case No.: 2:24-cv-02276-ROS--DMF <br><br> **STIPULATED MOTION TO EXTEND TIME TO ANSWER OR RESPOND OTHERWISE TO PLAINTIFFS' COMPLAINT** |

Plaintiffs Rebekah Massie and Quintus Schulzke and Defendants City of Surprise, a municipal corporation and a governmental entity, Skip Hall, in his individual capacity, and Steven Shernicoff, in his individual capacity, by and through undersigned counsel, hereby file this stipulated motion for an extension of time for Defendant City of Surprise to answer or respond otherwise to Plaintiffs' Complaint. The current deadline is September 26, 2024. Defendant City of Surprise requests up to and until November 4, 2024 (the deadline for Defendant Skip Hall and Defendant Steven Shernicoff's answer or other response to Plaintiffs' Complaint pursuant to Waivers of Service of Summons,

Docs. 11 and 12, respectively) to file its answer. This request is made so defense counsel can investigate the allegations contained in Plaintiffs' Complaint and engage in LRCiv. 12.1 discussions with Plaintiffs' counsel.

This Motion is made for good cause, in good faith, and not for the purpose of undue delay. A proposed Order is attached hereto as Exhibit A.

DATED this 26th day of September, 2024.

JELLISON LAW OFFICES, PLLC

By: s/ *James M. Jellison*
James M. Jellison, Esq.
*Attorneys for Defendants City of Surprise, Skip Hall and Steven Shernicoff*

FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION

By: s/ *Conor T. Fitzpatrick*
Conor T. Fitzpatrick, Esq.
*Attorneys for Plaintiffs Rebekah Massie and Quintus Schulzke*

**CERTIFICATE OF FILING AND MAILING**

I hereby certify that on September 26, 2024, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to the following registrant:

Daniel J. Quigley
(State Bar No. 011052)
DANIEL J. QUIGLEY, P.L.C.
5425 E. Broadway Blvd., Ste. 352
Tucson, AZ 85711
quigley@djqplc.com

1  Conor T. Fitzpatrick
   (Mich. P78981 / D.C. 90015616)
2  FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
3  700 Pennsylvania Ave. SE, Ste. 340 Washington, D.C. 20003
   (215) 717-3473
4  conor.fitzpatrick@thefire.org

5  Adam B. Steinbaugh
6  (Penn. 326476 / Cal. 304829) FOUNDATION FOR INDIVIDUAL
       RIGHTS AND EXPRESSION
7  510 Walnut St., Ste. 900 Philadelphia, PA 19106
8  (215) 717-3473
   adam@thefire.org
9

10

11  By: s/ *Valerie Hall*