# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Rebekah Massie; and Quintus Schulzke , <br><br>　　　　　　Plaintiffs, <br><br>vs. <br><br>City of Surprise, a municipal corporation and a governmental entity; Skip Hall, in his individual capacity; and Steven Shernicoff, in his individual capacity, <br><br>　　　　　　Defendants. | Case No.: 2:24-cv-02276-ROS--DMF <br><br>**[PROPOSED] ORDER** |

Pursuant to Plaintiffs and Defendants' stipulated motion to extend the time for the City of Surprise to answer or respond otherwise to Plaintiffs' Complaint, and for good cause appearing,

IT IS HEREBY ORDERED, said Motion is GRANTED allowing Defendant City of Surprise up to and until November 4, 2024 to answer or respond otherwise to Plaintiffs' Complaint.

DATED this _____ day of September, 2024.

　　　　　　　　　　　　　　　　　　　_____