1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

9   Rebekah Massie, et al.,

No.  CV-24-2276-PHX-ROS (DMF)

10                    Plaintiffs,

11   v.

**ORDER**

12   City of Surprise, et al.,

13                    Defendants.

14

15        This matter is before the Court on the parties' Stipulated Motion to Extend Time to

16   Answer or Response Otherwise to Plaintiffs' Complaint (Doc. 17).  The parties state that:

17
18        The current deadline is September 26, 2024. Defendant City of Surprise
          requests up to and until November 4, 2024 (the deadline for Defendant Skip
19        Hall and Defendant Steven Shernicoff's answer or other response to
          Plaintiffs' Complaint pursuant to Waivers of Service of Summons, Docs. 11
20        and 12, respectively) to file its answer.

21   (Doc. 17).  Upon good cause shown,

22        **IT IS ORDERED** granting the parties' Stipulated Motion to Extend Time to

23   Answer or Response Otherwise to Plaintiffs' Complaint (Doc. 17).

24        **IT IS FURTHER ORDERED** that Defendant City of Surprise shall have up to and

25   until **November 4, 2024**, to answer or respond otherwise to Plaintiffs' Complaint.

26        Dated this 26th day of September, 2024.

27
28

_____
Honorable Deborah M. Fine
United States Magistrate Judge