# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rebekah Massie, et al., | No. CV-24-2276-PHX-ROS (DMF) |
| Plaintiffs, | |
| v. | **ORDER** |
| City of Surprise, et al., | |
| Defendants. | |

Plaintiff Quintus Schulzke and Defendant City of Surprise have entered into a Stipulation regarding Plaintiff Schulzke's Motion for Preliminary Injunction [Doc. 6] (Doc. 16).

Based on the parties' stipulation,

**IT IS ORDERED** that Plaintiff Schulzke's Motion for Preliminary Injunction (Doc. 6) is deemed withdrawn as moot, without prejudice.

**IT IS FURTHER ORDERED** that this Order does not affect any claims or defenses associated with the pending Complaint and does not impose any obligations on any party.

Dated this 26th day of September, 2024.

_____
Honorable Deborah M. Fine
United States Magistrate Judge