Conor T. Fitzpatrick*
(Mich. P78981 / D.C. 90015616)
FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, D.C. 20003
(215) 717-3473
conor.fitzpatrick@thefire.org

*Attorney for Plaintiffs*
\* *Admitted* pro hac vice
*Additional counsel on signature block*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Rebekah Massie; and Quintus Schulzke, <br><br> *Plaintiffs*, <br><br> v. <br><br> City of Surprise, a municipal corporation and a governmental entity; Skip Hall, in his individual capacity; and Steven Shernicoff, in his individual capacity, <br><br> *Defendants*. | Case No: 2:24-cv-02276-ROS--DMF <br><br> **STIPULATED MOTION TO MODIFY AND EXTEND DEADLINES** <br> **(Second Request)** |

Plaintiffs Rebekah Massie and Quintus Schulzke and Defendants City of Surprise, a municipal corporation and a government entity, Skip Hall, in his individual capacity, and Steven Shernicoff, in his individual capacity, by and through undersigned counsel, hereby file this stipulated motion for an extension of time for Defendants to answer or respond otherwise to Plaintiffs' Complaint.

—1—

As required by Arizona law, Plaintiff Massie intends to file a notice of claim with the City of Surprise concerning potential state law claims. (A.R.S. § 12-821.01.) After the expiration of the 60-day notice period required by Arizona Revised Statute section 12-821.01(E), Plaintiffs will then file a first amended complaint to add Arizona state law claims covered by the notice of claim. Defendants consent to the filing of a First Amended Complaint, but without waiving any defenses that may be brought by answer or motion.

To preserve judicial resources and to avoid the need for Defendants to respond to a complaint that will soon be superseded, the parties have conferred and request the Court set the following deadlines:

    a. Plaintiffs' deadline to serve a notice of claim: **Nov. 13, 2024**;

    b. Plaintiffs' deadline to file a First Amended Complaint: **Jan. 17, 2025**;

    c. Defendants' deadline to respond to First Amended Complaint: **Feb. 7, 2025.**

This is the second request for an extension of Defendants' deadline under Federal Rules of Civil Procedure Rule 12. On September 26, 2024, the parties stipulated to an extension to the current deadline, November 4, 2024, to allow Defendants the opportunity to investigate Plaintiffs' claims.

This Motion is made for good cause, in good faith, and not for the purpose of undue delay. A proposed form of Order is lodged alongside this stipulation.

Dated: November 4, 2024        Respectfully submitted,

                                        /s/ Adam B. Steinbaugh
                                        Adam B. Steinbaugh*
                                        (Penn. 326475 / Cal. 304829)

FOUNDATION FOR INDIVIDUAL
    RIGHTS AND EXPRESSION
510 Walnut Street, Ste. 900
Philadelphia, PA 19106
(215) 717-3473
adam@thefire.org

Conor T. Fitzpatrick*
(Mich. P78981 / D.C. 90015616)
FOUNDATION FOR INDIVIDUAL
    RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, D.C. 20003
(215) 717-3473
conor.fitzpatrick@thefire.org

Daniel J. Quigley
(State Bar No. 011052)
DANIEL J. QUIGLEY, PLC
5425 E. Broadway Blvd., Ste. 352
Tucson, Arizona 85711
(520) 867-4430
quigley@djqplc.com

*Counsel for Plaintiffs*

\* Admitted *pro hac vice*


JELLISON LAW OFFICES, PLLC

<u>By: s/ James M. Jellison†</u>
James M. Jellison, Esq. (012763)

*Attorney for Defendants City of Surprise, Skip Hall and Steven Shernicoff*

† Signed by Adam Steinbaugh with permission.

—3—

**CERTIFICATE OF SERVICE**

    I certify that a true and exact copy of the foregoing document has been served upon the counsel for the parties in interest by operation of the Court's electronic case filing system.

                                  /s/ Adam B. Steinbaugh
                                  Adam B. Steinbaugh