# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Rebekah Massie; and Quintus Schulzke, *Plaintiffs*, v. City of Surprise, et al., *Defendants*. | Case No: 2:24-cv-02276-ROS--DMF **[PROPOSED] ORDER ON STIPULATED MOTION TO MODIFY AND EXTEND DEADLINES** |

This matter is before the Court on the parties' stipulated motion to modify and extend deadlines (Doc. 20). Based on the parties' stipulation, **IT IS ORDERED** as follows:

a. Plaintiffs' deadline to serve a notice of claim is **November 13, 2024;**

b. Plaintiffs may file a First Amended Complaint on or before **January 17, 2025;**

c. Defendants' deadline to respond to First Amended Complaint is **February 7, 2025.**

**IT IS SO ORDERED**.