# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rebekah Massie, et al., | No. CV-24-2276-PHX-ROS (DMF) |
| Plaintiffs, | |
| v. | **ORDER** |
| City of Surprise, et al., | |
| Defendants. | |

This matter is before the Court on the parties' Stipulated Motion to Modify and Extend Deadlines (Second Request) (Doc. 20). The parties state that:

> As required by Arizona law, Plaintiff Massie intends to file a notice of claim with the City of Surprise concerning potential state law claims. (A.R.S. § 12-821.01.) After the expiration of the 60-day notice period required by Arizona Revised Statute section 12- 821.01(E), Plaintiffs will then file a first amended complaint to add Arizona state law claims covered by the notice of claim. Defendants consent to the filing of a First Amended Complaint, but without waiving any defenses that may be brought by answer or motion.
>
> To preserve judicial resources and to avoid the need for Defendants to respond to a complaint that will soon be superseded, the parties have conferred and request the Court set the following deadlines. . . .

(*Id*. at 1-2). Upon the parties' stipulated motion and good cause shown,

**IT IS ORDERED** granting the parties' Stipulated Motion to Modify and Extend Deadlines (Second Request) (Doc. 20) as set forth herein.

**IT IS FURTHER ORDERED** setting the following deadlines:

1      a.      Plaintiffs may file a First Amended Complaint adding Arizona state law claims on or before **January 17, 2025**; and

2      b.      Defendants' deadline to respond to First Amended Complaint is **February 7, 2025**.

Dated this 4th day of November, 2024.

_____
Honorable Deborah M. Fine
United States Magistrate Judge