**JELLISON LAW OFFICES, PLLC**
18801 North Thompson Peak Parkway
Suite D235
Scottsdale, AZ 85255
Telephone: (480) 659-4233
E-mail: jim@jellisonlaw.com
JAMES M. JELLISON, ESQ.  #012763
*Attorney for Defendants City of Surprise, Skip Hall and Steven Shernicoff*

Conor T. Fitzpatrick
(Mich. P78981 / D.C. 90015616)
**FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION**
700 Pennsylvania Ave. SE, Ste. 340
Washington, D.C. 20003
(215) 717-3473
conor.fitzpatrick@thefire.org
*Attorney for Plaintiff Rebekah Massie*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rebekah Massie; and Quintus Schulzke, <br><br> *Plaintiffs*, <br> v. <br><br> City of Surprise, a municipal corporation and a governmental entity; Skip Hall, in his individual capacity; and Steven Shernicoff, in his individual capacity, <br><br> *Defendants*. | Case No: 2:24-cv-02276-ROS--DMF <br><br> **STIPULATED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT** <br><br> **(Third Request)** |

Plaintiff Rebekah Massie and Defendants City of Surprise, a municipal corporation and a government entity, Skip Hall, in his individual capacity, and Steven Shernicoff, in

—1—

his individual capacity (the "Parties"), by and through undersigned counsel, hereby file this Motion to extend the deadline for Defendants to respond to Plaintiff's First Amended Complaint. On January 17, 2025, Plaintiff filed her First Amended Complaint. On January 27, 2025, the parties engaged in a LRCiv. 12.1 meeting in which several possible motions to dismiss issues were raised. The deadline to answer, or otherwise respond to, the First Amended Complaint is February 7, 2024. The parties wish to continue discussions regarding potential dispositive issues and consider the possibility of case resolution and, for those reasons, request a 60-day extension of the February 7, 2025 date for these purposes.

This Stipulated Motion is made for good cause, in good faith, and not for the purpose of undue delay.

A Proposed Order is attached hereto as Exhibit A.

DATED this 5th day of February, 2025.

JELLISON LAW OFFICES, PLLC

By: s/ *James M. Jellison*
James M. Jellison, Esq.
*Attorney for Defendants City of Surprise, Skip Hall and Steven Shernicoff*

FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION

By: s/ *Conor T. Fitzpatrick*
Conor T. Fitzpatrick, Esq.
Adam B. Steinbaugh, Esq.
*Attorneys for Plaintiff Rebekah Massie*

DANIEL J. QUIGLEY, P.L.C.

By: s/ *Daniel J. Quigley*
Daniel J. Quigley
*Attorney for Plaintiff Rebekah Massie*

**CERTIFICATE OF FILING AND MAILING**

I hereby certify that on February 5, 2025, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to the following registrants:

Conor T. Fitzpatrick
(Mich. P78981 / D.C. 90015616)
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340 Washington, D.C. 20003
(215) 717-3473
conor.fitzpatrick@thefire.org

Adam B. Steinbaugh
(Penn. 326476 / Cal. 304829)
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900 Philadelphia, PA 19106
(215) 717-3473
adam@thefire.org

Daniel J. Quigley
(State Bar No. 011052)
DANIEL J. QUIGLEY, P.L.C.
5425 E. Broadway Blvd., Ste. 352
Tucson, AZ 85711
quigley@djqplc.com


By: s/ *Alex Wasko*