IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rebekah Massie; and Quintus Schulzke, <br><br>Plaintiffs, <br><br>vs. <br><br>City of Surprise, a municipal corporation and a governmental entity; Skip Hall, in his individual capacity; and Steven Shernicoff, in his individual capacity, <br><br>Defendants. | Case No.: 2:24-cv-02276-ROS--DMF <br><br>**[PROPOSED] ORDER** |

Pursuant to the Stipulated Motion of Plaintiff and Defendants to extend the time to answer or respond otherwise to Plaintiff's First Amended Complaint by 60-days, and for good cause appearing,

IT IS HEREBY ORDERED, said Motion is GRANTED allowing Defendants up to and until Tuesday, April 8, 2025, to answer or respond otherwise to Plaintiff's First Amended Complaint.

DATED this _____ day of February, 2025.