1
2
3
4
5
6                    **IN THE UNITED STATES DISTRICT COURT**
7                       **FOR THE DISTRICT OF ARIZONA**
8
9   Rebekah Massie, et al.,                      No. CV-24-02276-PHX-ROS (DMF)
10                  Plaintiffs,
11  v.                                           **ORDER**
12  City of Surprise, et al.,
13                  Defendants.
14

15          This matter is before the Court on Plaintiff Rebekah Massie, Defendant City of

16  Surprise, Defendant Skip Hall, and Defendant Steven Shernicoff's Stipulated Motion to

17  Extend Deadline to File Response to Plaintiff's First Amended Complaint (Doc. 25).

18  This is the third request for an extension of time to respond to a complaint in this matter

19  (*see* Docs. 14, 15, 17, 18), but it is the first request for an extension of time regarding the

20  First Amended Complaint, which was filed on January 17, 2025 (Doc. 23).  Regarding

21  the lengthy requested extension of time in the pending stipulated motion, the parties state

22  that they "wish to continue discussions regarding potential dispositive issues and consider

23  the possibility of case resolution and, for those reasons, request a 60-day extension of the

24  February 7, 2025 date for these purposes" (Doc. 25 at 2).

25          Upon consideration of the parties' stipulated motion, and good cause shown,

26          **IT IS HEREBY ORDERED** granting the Stipulated Motion to Extend Deadline

27  to File Response to Plaintiff's First Amended Complaint (Doc. 25).

28          **IT IS FURTHER ORDERED** that Defendants shall file their answer or

otherwise respond to Plaintiff's First Amended Complaint on or before **April 8, 2025**.

Dated this 5th day of February, 2025.

_____
Honorable Deborah M. Fine
United States Magistrate Judge