# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rebekah Massie, et al., | No. CV-24-02276-PHX-ROS (DMF) |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Surprise, et al., | |
| Defendants. | |

At the request of the parties in this matter,

**IT IS ORDERED** that this case is referred by random lot to United States Magistrate Judge Maria S. Aguilera for the purpose of conducting a settlement conference.

**IT IS FURTHER ORDERED** that the parties shall contact the chambers of the Honorable Aguilera at telephone number 520-205-4630 no later than **March 12, 2025** to schedule a settlement conference.

Dated this 4th day of March, 2025.

Honorable Roslyn O. Silver
Senior United States District Judge