Conor T. Fitzpatrick*
(Mich. P78981 / D.C. 90015616)
**FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION**
700 Pennsylvania Ave. SE, Ste. 340
Washington, D.C. 20003
(215) 717-3473
conor.fitzpatrick@thefire.org

*Attorney for Plaintiffs*
\* *Admitted* pro hac vice
*Additional counsel on signature block*

**JELLISON LAW OFFICES, PLLC**
18801 North Thompson Peak Parkway
Suite D235
Scottsdale, AZ 85255
Telephone: (480) 659-4233
E-mail: jim@jellisonlaw.com
JAMES M. JELLISON, ESQ. #012763
*Attorney for Defendants City of Surprise, Skip Hall and Steven Shernicoff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Rebekah Massie, | Case No: 2:24-cv-02276-ROS--DMF |
| *Plaintiff*, | |
| v. | **STIPULATED MOTION TO MODIFY AND EXTEND DEADLINES**<br>**(Fourth Request)** |
| City of Surprise, a municipal corporation and a governmental entity; Skip Hall, in his individual capacity; and Steven Shernicoff, in his individual capacity, | |
| *Defendants*. | |

Plaintiff Rebekah Massie and Defendants City of Surprise, a municipal corporation

and a government entity, Skip Hall, in his individual capacity, and Steven Shernicoff, in

—1—

his individual capacity, by and through undersigned counsel, hereby file this stipulated motion for a modification of Defendants' time to answer or respond otherwise to Plaintiffs' First Amended Complaint.

On January 17, 2025, Plaintiff filed her First Amended Complaint. Defendants' deadline to answer or otherwise respond to the First Amended Complaint was extended from February 7, 2025, to April 8, 2025, to continue discussions regarding potential dispositive issues and consider the possibility of case resolution. Those discussions resulted in a settlement conferenced scheduled to occur in Tucson on April 8, 2025. [Dkt. 27.]

If this matter is not resolved at the settlement conference, Plaintiff Massie will file a Second Amended Complaint to add allegations stating when Defendants Shernicoff and Hall were served with notices of claims under Ariz. Rev. Stat. § 12-821.01. Defendants consent to the filing of a Second Amended Complaint without waiving any defenses that may be brought by answer or motion.

To conserve judicial resources, allow the parties to focus on the upcoming settlement conference, and avoid the need for Defendants to respond to a complaint that will soon be superseded, the parties have conferred and request the Court set the following deadlines:

    a. Plaintiffs' deadline to file a Second Amended Complaint: **April 22, 2025**;

    b. Defendants' deadline to answer or otherwise respond to the Second Amended Complaint: **May 27, 2025.**

This is the fourth request for a modification of Defendants' deadline under Federal Rule of Civil Procedure 12. This Motion is made for good cause, in good faith, and not for the purpose of undue delay. A proposed form of Order is filed alongside this stipulation.

Dated: March 31, 2025                    Respectfully submitted,

/s/ Adam B. Steinbaugh
Adam B. Steinbaugh*
(Penn. 326475 / Cal. 304829)
FOUNDATION FOR INDIVIDUAL
    RIGHTS AND EXPRESSION
510 Walnut Street, Ste. 900
Philadelphia, PA 19106
(215) 717-3473
adam@thefire.org

Conor T. Fitzpatrick*
(Mich. P78981 / D.C. 90015616)
FOUNDATION FOR INDIVIDUAL
    RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, D.C. 20003
(215) 717-3473
conor.fitzpatrick@thefire.org

Daniel J. Quigley
(State Bar No. 011052)
DANIEL J. QUIGLEY, PLC
5425 E. Broadway Blvd., Ste. 352
Tucson, Arizona 85711
(520) 867-4430
quigley@djqplc.com

*Counsel for Plaintiffs*

* Admitted *pro hac vice*

JELLISON LAW OFFICES, PLLC
By: s/ James M. Jellison[†]
James M. Jellison, Esq. (012763)

*Attorney for Defendants City of Surprise, Skip Hall and Steven Shernicoff*

[†] Signed by Adam Steinbaugh with permission.

## **CERTIFICATE OF SERVICE**

I certify that a true and exact copy of the foregoing document has been served upon the counsel for the parties in interest by operation of the Court's electronic case filing system.

/s/ Adam B. Steinbaugh
Adam B. Steinbaugh
