# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rebekah Massie, | Case No: 2:24-cv-02276-ROS--DMF |
| *Plaintiff*, | |
| v. | **[PROPOSED] ORDER** |
| City of Surprise, a municipal corporation and a governmental entity; Skip Hall, in his individual capacity; and Steven Shernicoff, in his individual capacity, | |
| *Defendants*. | |

Pursuant to the Stipulated Motion of Plaintiff and Defendants to Modify and Extend Deadlines, and for good cause appearing,

IT IS HEREBY ORDERED, said Motion is GRANTED, setting the following deadlines:

    a. Plaintiffs' deadline to file a Second Amended Complaint: **April 22, 2025**;

    b. Defendants' deadline to answer or otherwise respond to the Second Amended Complaint: **May 27, 2025.**

DATED this ____ day of _____, 2025.    _____