1
2
3
4
5
6            **IN THE UNITED STATES DISTRICT COURT**
7             **FOR THE DISTRICT OF ARIZONA**
8

9  Rebekah Massie,                          No.  CV-24-02276-PHX-ROS (DMF)

10              Plaintiff,

11  v.                                       **ORDER**

12  City of Surprise, et al.,

13              Defendants.

14
15
16        This matter is before the Court on the parties' Stipulated Motion to Modify and

17  Extend Deadlines (Doc. 29).  This is the fourth request for an extension of time to respond

18  to a complaint in this matter (*see* Docs. 18, 21, 26).  The parties request this additional

19  extension, explaining that:

20        [o]n January 17, 2025, Plaintiff filed her First Amended Complaint.
       Defendants' deadline to answer or otherwise respond to the First Amended
21     Complaint was extended from February 7, 2025, to April 8, 2025, to continue
       discussions regarding potential dispositive issues and consider the possibility
22     of case resolution.  Those discussions resulted in a settlement conferenced
       scheduled to occur in Tucson on April 8, 2025.  [Dkt. 27.]
23
24
       If this matter is not resolved at the settlement conference, Plaintiff Massie
25     will file a Second Amended Complaint to add allegations stating when
       Defendants Shernicoff and Hall were served with notices of claims under
26     Ariz. Rev. Stat. § 12-821.01.  Defendants consent to the filing of a Second
       Amended Complaint without waiving any defenses that may be brought by
27     answer or motion.
28

To conserve judicial resources, allow the parties to focus on the upcoming settlement conference, and avoid the need for Defendants to respond to a complaint that will soon be superseded, the parties have conferred and request the Court set the following deadlines:

> a.    Plaintiffs' deadline to file a Second Amended Complaint: **April 22, 2025**;

> b.    Defendants' deadline to answer or otherwise respond to the Second Amended Complaint: **May 27, 2025**.

(Doc. 29 at 2).

Upon consideration of the parties' stipulated motion, and good cause shown,

**IT IS ORDERED** granting the parties' Stipulated Motion to Modify and Extend Deadline (Fourth) (Doc. 29).

**IT IS FURTHER ORDERED** that Plaintiff's deadline to file a Second Amended Complaint is **April 22, 2025**.

**IT IS FURTHER ORDERED** that Defendants' deadline to answer or otherwise respond to the Second Amended Complaint is **May 27, 2025**.

Dated this 31st day of March, 2025.

_____
Honorable Deborah M. Fine
United States Magistrate Judge