Conor T. Fitzpatrick*
(Mich. P78981 / D.C. 90015616)
FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, D.C. 20003
(215) 717-3473
conor.fitzpatrick@thefire.org

*Attorney for Plaintiff*
\* *Admitted* pro hac vice
*Additional counsel on signature block*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| Rebekah Massie; | Case No: 2:24-cv-02276-ROS--DMF |
|---|---|
| *Plaintiff*, v. | **PLAINTIFF'S NOTICE OF FILING AN AMENDED PLEADING (L.R. Civ. 15.1(b))** |
| City of Surprise, a municipal corporation and a governmental entity; Skip Hall, in his individual capacity; and Steven Shernicoff, in his individual capacity, | |
| *Defendants*. | |

To the Clerk of the Court, All Parties, and their Counsel of Record:

Please take notice that Plaintiff Rebekah Massie has filed an amended complaint by written agreement of the parties (Dkt. 29) and as permitted by this Court's Order of March 31, 2025 (Dkt. 30). As required by Local Civil Rule 15.1(b), Plaintiff attaches as **Exhibit 1** a copy of the amended pleading that indicates in what respect it differs from the pleading

—1—

which it amends, by striking through the text that was deleted and underlining the text that was added.

Dated: April 22, 2025

Respectfully submitted,

/s/ *Conor T. Fitzpatrick*
Conor T. Fitzpatrick*
(Mich. P78981 / D.C. 90015616)
FOUNDATION FOR INDIVIDUAL
    RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, D.C. 20003
(215) 717-3473
conor.fitzpatrick@thefire.org

Adam B. Steinbaugh*
(Penn. 326475 / Cal. 304829)
FOUNDATION FOR INDIVIDUAL
    RIGHTS AND EXPRESSION
510 Walnut Street, Ste. 900
Philadelphia, PA 19106
(215) 717-3473
adam@thefire.org

Daniel J. Quigley
(State Bar No. 011052)
DANIEL J. QUIGLEY, PLC
5425 E. Broadway Blvd., Ste. 352
Tucson, Arizona 85711
(520) 867-4430
quigley@djqplc.com

*Counsel for Plaintiff*

* Admitted *pro hac vice*

—2—

**CERTIFICATE OF SERVICE**

I certify that a true and exact copy of the foregoing document has been served upon the counsel for the parties in interest by operation of the Court's electronic case filing system.

/s/ *Conor T. Fitzpatrick*
Conor T. Fitzpatrick