**JELLISON LAW OFFICES, PLLC**
18801 North Thompson Peak Parkway
Suite D235
Scottsdale, Arizona 85255
Telephone: 480.659.4244
Facsimile: 480.659.4255
JAMES M. JELLISON, ESQ., #012763
E: jim@jellisonlaw.com
E: admin@jellisonlaw.com
*Counsel for Defendants City of Surprise, Skip Hall and Steven Shernicoff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE STATE OF ARIZONA

| | |
|---|---|
| Rebekah Massie,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>City of Surprise, a municipal corporation and a governmental entity; Skip Hall, in his individual capacity; and Steven Shernicoff, in his individual capacity,<br><br>　　　　　Defendants. | Case No. 2:24-CV-02276-ROS-DMF<br><br>**DEFENDANTS' CERTIFICATE OF CONFERRAL** |

　　　　Pursuant to L.R.Civ. 12.1, Defendants City of Surprise, a municipal corporation and a government entity; Skip Hall, in his individual capacity; and Steven Shernicoff, in his individual capacity (the "Defendants"), by and through counsel undersigned, hereby certify that counsel notified the opposing party of the issues asserted in Defendants' Rule 12(b) motion and the parties were unable to agree that the pleading was curable in any part by a permissible amendment offered by the pleading party.

/ /

/ /

/ /

Compliance with L.R.Civ. 12.1 was a telephonic discussion of the issues that Defendants assert in their Rule 12(b)(6) motion

DATED this 27th day of May, 2025.

                JELLISON LAW OFFICES, PLLC

                s/ *James M. Jellison*
                  James M. Jellison, Esq.
                  *Counsel for Defendants City of Surprise, Skip Hall and Steven Shernicoff*

# **CERTIFICATE OF FILING & SERVICE**

I hereby certify that on May 27, 2025. I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing with service on the following registrants, or by mail if not a registrant:

Conor T. Fitzpatrick, Esq.
FOUNDATION FOR INDIVIDUAL
 RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE
Suite 340
Washington, D.C. 20003
T: (215) 717-3473
E: conor.fitzpatrick@thefire.org
  *Counsel for Plaintiff, admitted pro hac vice*

Adam B. Steinbaugh
FOUNDATION FOR INDIVIDUAL
 RIGHTS AND EXPRESSION
510 Walnut Street
Suite 900 Philadelphia, PA 19106
T: (215) 717-3473
E: adam@thefire.org
  *Counsel for Plaintiff, admitted pro hac vice*

Daniel J. Quigley
DANIEL J. QUIGLEY, P.L.C.
5425 E. Broadway Blvd., Ste. 352
Tucson, AZ 85711
E: quigley@djqplc.com
  *Counsel for Plaintiff*


By: s/ *Rebecca L. Craft*

3