Conor T. Fitzpatrick*
(Mich. P78981 / D.C. 90015616)
**FOUNDATION FOR INDIVIDUAL
    RIGHTS AND EXPRESSION**
700 Pennsylvania Ave. SE, Ste. 340
Washington, D.C. 20003
(215) 717-3473
conor.fitzpatrick@thefire.org

*Attorney for Plaintiff*
* *Admitted* pro hac vice
*Additional counsel on signature block*

**JELLISON LAW OFFICES, PLLC**
18801 North Thompson Peak Parkway
Suite D235
Scottsdale, AZ 85255
Telephone: (480) 659-4233
E-mail: jim@jellisonlaw.com
JAMES M. JELLISON, ESQ. #012763
*Attorney for Defendants City of Surprise, Skip Hall and Steven Shernicoff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Rebekah Massie, | No. 2:24-cv-02276-ROS--DMF |
| *Plaintiff*, v. | **STIPULATED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' PARTIAL MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT FOR CIVIL-RIGHTS VIOLATIONS** |
| City of Surprise, a municipal corporation and a governmental entity; Skip Hall, in his individual capacity; and Steven Shernicoff, in his individual capacity, | |
| *Defendants*. | |

Plaintiff Rebekah Massie and Defendants City of Surprise, a municipal corporation

and a government entity, Skip Hall, in his individual capacity, and Steven Shernicoff, in

—1—

his individual capacity, by and through undersigned counsel, hereby file this stipulated motion for a modification of Plaintiff's time to respond to Defendants' Partial Motion to Dismiss Plaintiff's Second Amended Complaint for Civil-Rights Violations (Doc. 34).

Plaintiff filed her Second Amended Complaint on April 22, 2025, and Defendants responded with their Partial Motion to Dismiss on May 27, 2025 (Docs. 32, 34). There are no previous motions concerning the deadline for which this extension is sought.

To allow Plaintiff sufficient time to prepare her response due to counsel's current travel abroad, the parties have conferred and request the Court set the following deadline:

> Plaintiff's deadline to respond to Defendants' Partial Motion to Dismiss Plaintiff's Second Amended Complaint for Civil-Rights Violations: **June 24, 2025**.

This Motion is made for good cause, in good faith, and not for the purpose of undue delay. A proposed form of Order is filed alongside this stipulation.

Dated: June 5, 2025                    Respectfully submitted,

/s/ Adam B. Steinbaugh
Adam B. Steinbaugh*
(Penn. 326475 / Cal. 304829)
FOUNDATION FOR INDIVIDUAL
    RIGHTS AND EXPRESSION
510 Walnut Street, Ste. 900
Philadelphia, PA 19106
(215) 717-3473
adam@thefire.org

Conor T. Fitzpatrick*
(Mich. P78981 / D.C. 90015616)
FOUNDATION FOR INDIVIDUAL
    RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, D.C. 20003

(215) 717-3473
conor.fitzpatrick@thefire.org

Daniel J. Quigley
(State Bar No. 011052)
DANIEL J. QUIGLEY, PLC
5425 E. Broadway Blvd., Ste. 352
Tucson, Arizona 85711
(520) 867-4430
quigley@djqplc.com

*Counsel for Plaintiff*

\* Admitted *pro hac vice*


JELLISON LAW OFFICES, PLLC
By: s/ James M. Jellison†
James M. Jellison, Esq. (012763)

*Attorney for Defendants City of Surprise, Skip Hall and Steven Shernicoff*

† Signed by Adam Steinbaugh with permission.

**CERTIFICATE OF SERVICE**

I certify that a true and exact copy of the foregoing document has been served upon the counsel for the parties in interest by operation of the Court's electronic case filing system.

/s/ Adam B. Steinbaugh
Adam B. Steinbaugh