IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rebekah Massie,<br><br>*Plaintiff*,<br><br>v.<br><br>City of Surprise, a municipal corporation and a governmental entity; Skip Hall, in his individual capacity; and Steven Shernicoff, in his individual capacity,<br><br>*Defendants*. | No. 2:24-cv-02276-ROS-DMF<br><br>**[PROPOSED] ORDER** |

This matter is before the Court on the parties' Stipulated Motion to Extend Time to Respond to Defendants' Partial Motion to Dismiss Plaintiff's Second Amended Complaint for Civil-Rights Violations (Doc. 35). This is the first request for an extension of time to respond to this matter. The parties explain:

> Plaintiff filed her Second Amended Complaint on April 22, 2025, and Defendants responded with their Partial Motion to Dismiss on May 27, 2025 (Docs. 32, 34). There are no previous motions concerning the deadline for which this extension is sought.
>
> To allow Plaintiff sufficient time to prepare her response due to counsel's current travel abroad, the parties have conferred and request the Court set the following deadline:
>
> > Plaintiff's deadline to respond to Defendants' Partial Motion to Dismiss Plaintiff's Second Amended Complaint for Civil-Rights Violations: **June 24, 2025**.

(Doc. 35 at 2).

Upon consideration of the parties' stipulated motion, and good cause shown,

—1—

**IT IS ORDERED** granting the parties' Stipulated Motion to Extend Time to Respond to Defendants' Partial Motion to Dismiss Plaintiff's Second Amended Complaint for Civil-Rights Violations (Doc. 35).

**IT IS FURTHER ORDERED** that Plaintiff's deadline to respond to Defendants' Partial Motion to Dismiss Plaintiff's Second Amended Complaint for Civil-Rights Violations is **June 24, 2025**.