# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rebekah Massie, et al., | No. CV-24-02276-PHX-ROS (DMF) |
| Plaintiffs, | |
| v. | **ORDER** |
| City of Surprise, et al., | |
| Defendants. | |

This matter is before the Court on the parties' Stipulated Motion to Extend Time to Respond to Defendants' Partial Motion to Dismiss Plaintiff's Second Amended Complaint for Civil-Rights Violations (Doc. 35), and upon good cause shown,

**IT IS ORDERED** granting the parties' Stipulated Motion to Extend Time to Respond to Defendants' Partial Motion to Dismiss Plaintiff's Second Amended Complaint for Civil-Rights Violations (Doc. 35).

**IT IS FURTHER ORDERED** that Plaintiff's response to Defendants' Partial Motion to Dismiss Plaintiff's Second Amended Complaint for Civil-Rights Violations shall be filed no later than **June 24, 2025**.

Dated this 6th day of June, 2025.

_____
Honorable Deborah M. Fine
United States Magistrate Judge