**JELLISON LAW OFFICES, PLLC**
18801 North Thompson Peak Parkway
Suite D235
Scottsdale, Arizona 85255
Telephone: 480.659.4244
Facsimile: 480.659.4255
JAMES M. JELLISON, ESQ., #012763
E: jim@jellisonlaw.com
E: admin@jellisonlaw.com
*Counsel for Defendants City of Surprise, Skip Hall and Steven Shernicoff ("City Defendants")*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE STATE OF ARIZONA

| | |
|---|---|
| Rebekah Massie,<br><br>    Plaintiff,<br><br>v.<br><br>City of Surprise, a municipal corporation and a governmental entity; Skip Hall, in his individual capacity; and Steven Shernicoff, in his individual capacity,<br><br>    Defendants. | Case No. 2:24-CV-02276-ROS-DMF<br><br>**NOTICE OF ELECTRONIC SERVICE OF DEFENDANTS' OFFER OF JUDGMENT TO PLAINTIFF** |

Defendants City of Surprise, a municipal corporation and a government entity; Skip Hall, in his individual capacity; and Steven Shernicoff, in his individual capacity (the "City Defendants"), by and through counsel undersigned, hereby give notice that service of their Offer of Judgment to Plaintiff was made upon Plaintiff's counsel on June 19, 2025 via electronic mail and USPS First-Class Mail.

DATED this 19th day of June, 2025.

                                              JELLISON LAW OFFICES, PLLC
                                              s/ *James M. Jellison*
                                                James M. Jellison, Esq.
                                                *Counsel for City Defendants*

# CERTIFICATE OF FILING & SERVICE

I hereby certify that on June 19, 2025. I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing with service on the following registrants, or by mail if not a registrant:

Conor T. Fitzpatrick, Esq.
FOUNDATION FOR INDIVIDUAL
 RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE
Suite 340
Washington, D.C. 20003
T: (215) 717-3473
E: conor.fitzpatrick@thefire.org
  *Counsel for Plaintiff, admitted pro hac vice*

Adam B. Steinbaugh
FOUNDATION FOR INDIVIDUAL
 RIGHTS AND EXPRESSION
510 Walnut Street
Suite 900 Philadelphia, PA 19106
T: (215) 717-3473
E: adam@thefire.org
  *Counsel for Plaintiff, admitted pro hac vice*

Daniel J. Quigley
DANIEL J. QUIGLEY, P.L.C.
5425 E. Broadway Blvd., Ste. 352
Tucson, AZ 85711
E: quigley@djqplc.com
  *Counsel for Plaintiff*

By: s/ *Rebecca L. Craft*