Conor T. Fitzpatrick* (Mich. P78981 / D.C. 90015616)
FOUNDATION FOR INDIVIDUAL RIGHTS
AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, D.C. 20003
(215) 717-3473
conor.fitzpatrick@fire.org

*Admitted *Pro Hac Vice*
*Counsel for Plaintiff*
Additional counsel and emails listed in signature block

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA**

| | |
|---|---|
| Rebekah Massie,<br><br>                              *Plaintiff*,<br><br>     v.<br><br>City of Surprise, a municipal corporation and a governmental entity; Skip Hall, in his individual capacity; and Steven Shernicoff, in his individual capacity,<br><br>                              *Defendants*. | No:     2:24-cv-02276-ROS--DMF<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF RULE 26(a)(1) INITIAL DISCLOSURES** |

Plaintiff Rebekah Massie hereby gives notice that she has served her Initial Fed. R. Civ. P. 26(a)(1) Initial Disclosures on Defendants' counsel of record.

Dated: March 17, 2026                    By:

|  |  |
|---|---|
| Conor T. Fitzpatrick*<br>(Mich. P78981 / D.C. 90015616)<br>FOUNDATION FOR INDIVIDUAL<br>   RIGHTS AND EXPRESSION<br>700 Pennsylvania Ave. SE, Ste. 340<br>Washington, D.C. 20003<br>(215) 717-3473<br>conor.fitzpatrick@fire.org | */s/ Adam B. Steinbaugh*<br>Adam B. Steinbaugh*<br>(Penn. 326476 / Cal. 304829)<br>FOUNDATION FOR INDIVIDUAL<br>   RIGHTS AND EXPRESSION<br>510 Walnut St., Ste. 900<br>Philadelphia, PA 19106<br>(215) 717-3473<br>adam@fire.org |

—1—

*Counsel for Plaintiff*

Daniel J. Quigley (SBN 011052)
DANIEL J. QUIGLEY, P.L.C.
5425 E. Broadway Blvd., Ste. 352
Tucson, Arizona 85711
(520) 867-4430
quigley@djqplc.com

*Admitted *pro hac vice*.

## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 17, 2026, a true and correct copy of Plaintiff's Notice of Service of Rule 26(a)(1) Initial Disclosures was served on Defendants' counsel via email.

Dated: March 17, 2026                              */s/ Adam B. Steinbaugh*
                                                                   Adam B. Steinbaugh