Conor T. Fitzpatrick* (Mich. P78981 / D.C. 90015616)
FOUNDATION FOR INDIVIDUAL RIGHTS
AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, D.C. 20003
(215) 717-3473
conor.fitzpatrick@fire.org

*Admitted *Pro Hac Vice*
*Counsel for Plaintiff*
Additional counsel and emails listed in signature block

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Rebekah Massie,<br><br>                              *Plaintiff*,<br><br>        v.<br><br>City of Surprise, a municipal corporation and a governmental entity; Skip Hall, in his individual capacity; and Steven Shernicoff, in his individual capacity,<br><br>                              *Defendants*. | No:    2:24-cv-02276-ROS--DMF<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF REQUESTS FOR PRODUCTION** |

Plaintiff Rebekah Massie hereby gives notice that she has served the following discovery requests on Defendants' counsel of record:

- First Set of Requests for Production to Defendant City of Surprise;

- First Set of Requests for Production to Defendant Skip Hall;

- First Set of Requests for Production to Defendant Steven Shernicoff.

Dated: March 19, 2026                    By:

                                                         */s/ Adam B. Steinbaugh*
Conor T. Fitzpatrick*                        Adam B. Steinbaugh*

—1—

(Mich. P78981 / D.C. 90015616)
FOUNDATION FOR INDIVIDUAL
    RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, D.C. 20003
(215) 717-3473
conor.fitzpatrick@fire.org

Daniel J. Quigley (SBN 011052)
DANIEL J. QUIGLEY, P.L.C.
5425 E. Broadway Blvd., Ste. 352
Tucson, Arizona 85711
(520) 867-4430
quigley@djqplc.com

(Penn. 326476 / Cal. 304829)
FOUNDATION FOR INDIVIDUAL
    RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
adam@fire.org

*Counsel for Plaintiff*

*Admitted pro hac vice.*

—2—

## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 19, 2026, a true and correct copy of Plaintiff's Notice of Service of Rule 26(a)(1) Initial Disclosures was served on Defendants' counsel by operation of the CM/ECF System.

Dated: March 19, 2026                    */s/ Adam B. Steinbaugh*
                                         Adam B. Steinbaugh