**JELLISON LAW OFFICES, PLLC**
18801 North Thompson Peak Parkway
Suite D235
Scottsdale, Arizona 85255
Telephone: 480.659.4244
Facsimile: 480.659.4255
JAMES M. JELLISON, ESQ., #012763
E: jim@jellisonlaw.com
E: admin@jellisonlaw.com
*Counsel for Defendants City of Surprise, Skip Hall and Steven Shernicoff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE STATE OF ARIZONA

| | |
|---|---|
| Rebekah Massie,<br><br>                    Plaintiff,<br><br>v.<br><br>City of Surprise, a municipal corporation and a governmental entity; Skip Hall, in his individual capacity; and Steven Shernicoff, in his individual capacity,<br><br>                    Defendants. | Case No. 2:24-CV-02276-ROS-DMF<br><br>**DEFENDANTS' NOTICE OF SERVICE OF FIRST SUPPLEMENTAL RULE 26(a) DISCLOSURE STATEMENT** |

Defendants City of Surprise, Skip Hall and Steven Shernicoff ("Defendants"), by and through counsel undersigned, hereby give notice that they have served their First Supplemental 26(a) Disclosure Statement upon Plaintiff's attorney.

DATED this 2nd day of April, 2026.

JELLISON LAW OFFICES, PLLC


/s/ *James M. Jellison*
James M. Jellison, Esq.
*Counsel for Defendants*

## CERTIFICATE OF FILING & SERVICE

I hereby certify that on April 2, 2026 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and with service on the following registrants:

Conor T. Fitzpatrick, Esq.
FOUNDATION FOR INDIVIDUAL
 RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE
Suite 340
Washington, D.C. 20003
T: (215) 717-3473
E: conor.fitzpatrick@thefire.org
 *Counsel for Plaintiff, admitted pro hac vice*

Adam B. Steinbaugh
FOUNDATION FOR INDIVIDUAL
 RIGHTS AND EXPRESSION
510 Walnut Street
Suite 900 Philadelphia, PA 19106
T: (215) 717-3473
E: adam@thefire.org
 *Counsel for Plaintiff, admitted pro hac vice*

Daniel J. Quigley
DANIEL J. QUIGLEY, P.L.C.
5425 E. Broadway Blvd., Ste. 352
Tucson, AZ 85711
E: quigley@djqplc.com
 *Counsel for Plaintiff*

By: /s/ *Valerie Hall*