Conor T. Fitzpatrick* (Mich. P78981 / D.C. 90015616)
FOUNDATION FOR INDIVIDUAL RIGHTS
AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, D.C. 20003
(215) 717-3473
conor.fitzpatrick@fire.org

*Admitted *Pro Hac Vice*
*Counsel for Plaintiff*
Additional counsel and emails listed in signature block

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Rebekah Massie, *Plaintiff*, v. City of Surprise, *et al.*, *Defendants*. | No: 2:24-cv-02276-ROS--DMF **PLAINTIFF'S NOTICE OF SERVICE OF INTERROGATORIES** |

Plaintiff Rebekah Massie hereby gives notice that she has served the following discovery requests on Defendants' counsel of record:

- First Set of Interrogatories to Defendant City of Surprise;
- First Set of Interrogatories to Defendant Skip Hall;
- First Set of Interrogatories to Defendant Steven Shernicoff.

Dated: April 30, 2026

By:

*/s/ Conor T. Fitzpatrick*

Conor T. Fitzpatrick*
(Mich. P78981 / D.C. 90015616)
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, D.C. 20003
(215) 717-3473
conor.fitzpatrick@fire.org

Adam B. Steinbaugh*
(Penn. 326476 / Cal. 304829)
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
adam@fire.org

Daniel J. Quigley (SBN 011052)
DANIEL J. QUIGLEY, P.L.C.
5425 E. Broadway Blvd., Ste. 352
Tucson, Arizona 85711
(520) 867-4430
quigley@djqplc.com

*Counsel for Plaintiff*

*Admitted *pro hac vice*.

**CERTIFICATE OF SERVICE**

I certify that on April 30, 2026, a true and correct copy of Plaintiff's Notice of Service of Interrogatories was served on Defendants' counsel by operation of the CM/ECF System.

Dated: April 30, 2026

*/s/ Conor Fitzpatrick*
Conor Fitzpatrick