**JELLISON LAW OFFICES, PLLC**
18801 North Thompson Peak Parkway
Suite D235
Scottsdale, AZ 85255
Telephone:  (480) 659-4233
E-mail: jim@jellisonlaw.com
JAMES M. JELLISON, ESQ.  #012763
*Attorneys for Defendants City of Surprise, Skip Hall and Steven Shernicoff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Rebekah Massie; and Quintus Schulzke , | Case No.: 2:24-cv-02276-ROS-DMF |
| Plaintiffs, | **DEFENDANTS' NOTICE OF SERVICE OF DISCOVERY RESPONSES** |
| vs. | |
| City of Surprise, a municipal corporation and a governmental entity; Skip Hall, in his individual capacity; and Steven Shernicoff, in his individual capacity, | |
| Defendants. | |

Defendants City of Surprise, Skip Hall and Steven Shernicoff, give notice that on this date they have served by electronic mail their answers to Plaintiff's First Set of Interrogatories directed to the City of Surprise, Skip Hall and Steven Shernicoff.

DATED this 1st day of June, 2026.

JELLISON LAW OFFICES, PLLC

By: s/ *James M. Jellison*
James M. Jellison
*Attorney for Defendants City of Surprise, Skip Hall and Steven Shernicoff*

1

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on June 1, 2026, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to the following registrants:

Daniel J. Quigley
(State Bar No. 011052)
DANIEL J. QUIGLEY, P.L.C.
5425 E. Broadway Blvd., Ste. 352
Tucson, AZ 85711
quigley@djqplc.com

Conor T. Fitzpatrick
(Mich. P78981 / D.C. 90015616)
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340 Washington, D.C. 20003
(215) 717-3473
conor.fitzpatrick@thefire.org

Adam B. Steinbaugh
(Penn. 326476 / Cal. 304829) FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900 Philadelphia, PA 19106
(215) 717-3473
adam@thefire.org

By: s/ *Valerie Hall*