Conor T. Fitzpatrick* (Mich. P78981 / D.C. 90015616)
FOUNDATION FOR INDIVIDUAL RIGHTS
AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, D.C. 20003
(215) 717-3473
conor.fitzpatrick@fire.org

*Admitted *Pro Hac Vice*
*Counsel for Plaintiff*
Additional counsel and emails listed in signature block

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Rebekah Massie,<br><br>           *Plaintiff*,<br><br>     v.<br><br>City of Surprise, a municipal corporation and a governmental entity; Skip Hall, in his individual capacity; and Steven Shernicoff, in his individual capacity,<br><br>           *Defendants*. | No:    2:24-cv-02276-ROS--DMF<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF RULE 26(a)(2)(A) EXPERT DISCLOSURE** |

Plaintiff Rebekah Massie hereby gives notice that she has served her Fed. R. Civ. P. 26(a)(2)(A) Expert Disclosure on Defendants' counsel of record.

Dated: June 25, 2026                    By:

                                        */s/ Adam B. Steinbaugh*
Conor T. Fitzpatrick*                   Adam B. Steinbaugh*
(Mich. P78981 / D.C. 90015616)          (Penn. 326476 / Cal. 304829)
FOUNDATION FOR INDIVIDUAL               FOUNDATION FOR INDIVIDUAL
    RIGHTS AND EXPRESSION                   RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340      510 Walnut St., Ste. 900
Washington, D.C. 20003                  Philadelphia, PA 19106
(215) 717-3473                          (215) 717-3473
conor.fitzpatrick@fire.org              adam@fire.org

—1—

*Counsel for Plaintiff*

Daniel J. Quigley (SBN 011052)
DANIEL J. QUIGLEY, P.L.C.
5425 E. Broadway Blvd., Ste. 352
Tucson, Arizona 85711
(520) 867-4430
quigley@djqplc.com

*Admitted pro hac vice.*

## CERTIFICATE OF SERVICE

I certify that on June 25, 2026, a true and correct copy of Plaintiff's Notice of Service of Rule 26(a)(2)(A) Expert Disclosure was served on Defendants' counsel via email.

Dated: June 25, 2026                    */s/ Adam B. Steinbaugh*
                                         Adam B. Steinbaugh