**JELLISON LAW OFFICES, PLLC**
18801 North Thompson Peak Parkway
Suite D235
Scottsdale, AZ 85255
Telephone: (480) 659-4233
E-mail: jim@jellisonlaw.com
JAMES M. JELLISON, ESQ. #012763
*Attorneys for Defendants City of Surprise, Skip Hall and Steven Shernicoff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Rebekah Massie; and Quintus Schulzke , <br><br> Plaintiffs, <br><br> vs. <br><br> City of Surprise, a municipal corporation and a governmental entity; Skip Hall, in his individual capacity; and Steven Shernicoff, in his individual capacity, <br><br> Defendants. | Case No.: 2:24-cv-02276-ROS-DMF <br><br> **DEFENDANTS' NOTICE OF SERVICE OF DISCOVERY REQUESTS** |

Defendants City of Surprise, Skip Hall, and Steven Shernicoff hereby give notice that, on this date, they served their First Requests for Production of Documents, First Set of Non-Uniform Interrogatories, and First Set of Requests for Admission upon Plaintiff's counsel.

DATED this 17th day of July, 2026.

JELLISON LAW OFFICES, PLLC

By: s/ *James M. Jellison*
James M. Jellison
*Attorney for Defendants City of Surprise, Skip Hall and Steven Shernicoff*

1

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on July 18, 2026, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to the following registrants:

Daniel J. Quigley
(State Bar No. 011052)
DANIEL J. QUIGLEY, P.L.C.
5425 E. Broadway Blvd., Ste. 352
Tucson, AZ 85711
quigley@djqplc.com

Conor T. Fitzpatrick
(Mich. P78981 / D.C. 90015616)
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340 Washington, D.C. 20003
(215) 717-3473
conor.fitzpatrick@thefire.org

Adam B. Steinbaugh
(Penn. 326476 / Cal. 304829) FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900 Philadelphia, PA 19106
(215) 717-3473
adam@thefire.org

By: s/ *Valerie Hall*