Conor T. Fitzpatrick* (Mich. P78981 / D.C. 90015616)
FOUNDATION FOR INDIVIDUAL RIGHTS
AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, D.C. 20003
(215) 717-3473
conor.fitzpatrick@fire.org

*Admitted *Pro Hac Vice*
*Counsel for Plaintiff*
Additional counsel and emails listed in signature block

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Rebekah Massie, <br><br>         *Plaintiff*, <br><br>    v. <br><br> City of Surprise, *et al.*, <br><br>         *Defendants*. | No:    2:24-cv-02276-ROS--DMF <br><br> **PLAINTIFF'S NOTICE OF SERVICE OF INTERROGATORIES** |

Plaintiff Rebekah Massie hereby gives notice that she has served the following

discovery requests on Defendants' counsel of record:

- Second Set of Interrogatories to Defendant Skip Hall.

Dated: August 6, 2026        By:

                                    */s/ Conor T. Fitzpatrick*

Adam B. Steinbaugh*           Conor T. Fitzpatrick*
(Penn. 326476 / Cal. 304829)    (Mich. P78981 / D.C. 90015616)
FOUNDATION FOR INDIVIDUAL      FOUNDATION FOR INDIVIDUAL
    RIGHTS AND EXPRESSION        RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900         700 Pennsylvania Ave. SE, Ste. 340
Philadelphia, PA 19106         Washington, D.C. 20003
(215) 717-3473                 (215) 717-3473
adam@fire.org                 conor.fitzpatrick@fire.org

Daniel J. Quigley (SBN 011052)      *Counsel for Plaintiff*

—1—

DANIEL J. QUIGLEY, P.L.C.
5425 E. Broadway Blvd., Ste. 352          *Admitted *pro hac vice*.
Tucson, Arizona 85711
(520) 867-4430
quigley@djqplc.com

## CERTIFICATE OF SERVICE

I certify that on August 6, 2026, a true and correct copy of Plaintiff's Notice of Service of Interrogatories was served on Defendants' counsel by operation of the CM/ECF System.

Dated: August 6, 2026                    */s/ Conor Fitzpatrick*
                                         Conor Fitzpatrick