Conor T. Fitzpatrick* (Mich. P78981 / D.C. 90015616)
FOUNDATION FOR INDIVIDUAL RIGHTS
AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, D.C. 20003
(215) 717-3473
conor.fitzpatrick@fire.org

*Admitted *pro hac vice*
*Counsel for Plaintiff*
Additional counsel and emails listed in signature block

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Rebekah Massie,<br><br>*Plaintiff*,<br><br>v.<br><br>City of Surprise, a municipal corporation and a governmental entity; Skip Hall, in his individual capacity; and Steven Shernicoff, in his individual capacity,<br><br>*Defendants*. | No: 2:24-cv-02276-ROS-DMF<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF RESPONSES TO DEFENDANTS' DISCOVERY REQUESTS** |

Plaintiff Rebekah Massie hereby gives notice that she has served her responses to the First Set of Requests for Production of Documents, First Set of Non-Uniform Interrogatories, and First Set of Requests for Admission served by Defendants City of Surprise, Skip Hall, and Steven Shernicoff.

Dated: September 29, 2026

By:

*<u>/s/ Adam B. Steinbaugh</u>*

Adam B. Steinbaugh*
(Penn. 326476 / Cal. 304829)
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
adam@fire.org

Conor T. Fitzpatrick*
(Mich. P78981 / D.C. 90015616)
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, D.C. 20003
(215) 717-3473
conor.fitzpatrick@fire.org

Daniel J. Quigley (SBN 011052)
DANIEL J. QUIGLEY, P.L.C.
5425 E. Broadway Blvd., Ste. 352
Tucson, Arizona 85711
(520) 867-4430
quigley@djqplc.com

*Counsel for Plaintiff*

*Admitted *pro hac vice*.

## CERTIFICATE OF SERVICE

I certify that on September 29, 2026, a true and correct copy of Plaintiff's Notice of Service of Responses to Defendants' Discovery Requests was served on Defendants' counsel via email.

Dated: September 29, 2026

*/s/ Adam B. Steinbaugh*
Adam B. Steinbaugh