**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Rebekah Massie, et al.,

Plaintiffs,

v.

City of Surprise, et al.,

Defendants.

No. CV-24-02276-PHX-ROS (DMF)

**ORDER**

This matter is before the Court on the parties' Stipulated Motion to Extend Case Management Deadlines (Doc. 60). Upon good cause shown,

**IT IS ORDERED** granting the parties' Stipulated Motion to Extend Case Management Deadlines (Doc. 60).

**IT IS FURTHER ORDERED** extending the deadlines in the Court's February 27, 2026, Case Management Order (Doc. 45) as follows:

1. Last day to commence fact depositions (five working days before close) shall be **March 1, 2027**.

2. The deadline for completing fact discovery, including discovery by subpoena, shall be **March 8, 2027**.

3. Dispositive motions and Fed. R. Evid. 702/*Daubert* motions shall be filed no later than **July 15, 2027**.

4. All parties and their counsel shall meet and engage in good faith settlement talks no later than **May 27, 2027**.

**IT IS FURTHER ORDERED advising the parties that the Court intends to enforce the deadlines set forth in this Order and should plan their litigation activities accordingly.** In the event that despite diligent efforts the parties cannot meet a deadline, any motion to continue a deadline shall include in the motion a statement regarding whether and which of the other deadlines would be affected if the motion were granted and shall contain the proposed new deadlines. Absent truly unusual circumstances, the Court will not extend the schedule in this case to accommodate settlement negotiations.

Dated this 28th day of October, 2026.

Deborah M. Fine

Honorable Deborah M. Fine
United States Magistrate Judge